

**Remit Payment To:**
ABF Multimodal, Inc.
PO BOX 10048
FORT SMITH, AR 72917-0048

abf.com

Phone: (479) 785-6914  Fax: (479) 785-6145
hpayne@freight.abf.com

Account No: 681357-0006

Bill To & Payment Due From:

ZUMBA FITNESS
MR GARRETT HARDEN ACCOUNTS PAYABLE
800 SILKS RUN UNIT 2310
HALLANDALE, FL 33009-2791

# ORIGINAL INVOICE

| Freight Bill No: | 426306509 |
|---|---|
| Shipment Date: | 08/08/2014 |

| AMOUNT DUE:<br>(payable in US funds) | **$700.00** |
|---|---|
| PAYMENT DUE DATE: | 08/26/2014 |

### Thank you for choosing ABF Multimodal

Please remember to send this remittance slip
with your payment



---

**\*PLEASE DETACH THIS PORTION AND ENCLOSE WITH YOUR PAYMENT\***

**\*\*\* RETAIN THIS PORTION FOR YOUR RECORDS \*\*\***

| Shipper Acct. # 053831-0000 | Consignee Acct. # 000000-0000 | | 426306509 | Freight Bill No: | 426306509 |
|---|---|---|---|---|---|
| OHL.<br>HEIDY HERNANDEZ<br>1825 NW 87 AVE<br>MIAMI, FL 33167 | ORLANDO CONVENTION CENTER<br>GARRETT HARDEN<br>9990 INTERNATIONAL DR<br>ORLANDO, FL 32801 | P.O. Number: | | Shipping Date: | 08/08/2014 |
| | | | | Payment Terms: | Prepaid |
| | | Bill of Lading No: | NS | AMOUNT DUE: | $700.00 |
| | | Tariff: | FPQ | PAYMENT DUE DATE: | 08/26/2014 |

| Pieces | Description | Weight (lbs) | Class | Rate | Charge |
|---|---|---|---|---|---|
| 1 TL | TOTAL IND PIECES: 1<br>FITNESS DVDS AND SUPPLIES DEL APPT: 14:00<br>MACROPOINT<br>ITEM 168905-02V<br>/ PRICING QUOTE<br>/ SHIPPER LOAD AND COUNT<br><br>/ FUEL SURCHARGE<br><br>ABF MEASURED CUBE: 3392.000 CUFT<br>PQ SCHEDULE NO: QW72212124K<br>CONS PHONE: 954-225-2841<br>CUBE 3392 | 40,000<br>PQ<br>SLC<br>FRVAL<br>FSC<br>FRVSL | | PVU<br><br>N/A | 700.00 |

| Total Pieces | | Total Weight | TOTAL AMOUNT<br>DUE BY<br>08/26/2014<br>(payable in US funds) | |
|---|---|---|---|---|
| 1 | | 40,000 | | $700.00 |

ABF Multimodal, Inc.
PO BOX 10048  FORT SMITH, AR 72917-0048
Phone: (479) 785-6914  Fax: (479) 785-6145

FED TAX ID# 71-0838111

Exhibit "B"



 **FreightValue Pricing Schedule for ZUMBA FITNESS**
Effective Date: 31-JUL-2014
Expiration Date: 11-AUG-2014

**Schedule #: QW72212124-L**

## Instructions for Customer Use

1) To schedule pickup, contact FreightValue at 1-877-279-8090.
2) Please list the Schedule Number prominently in the body of the bill of lading.

| | |
|---|---|
| **Shipper** OHL. **Origin** MIAMI, FL 33167 **Contact** HEIDY HERNANDEZ | **Account#** **Phone** (305) 471-0071 |
| **Consignee** ORLANDO CONVENTION CENTER **Destination** ORLANDO, FL 32801 **Contact** GARRETT HARDEN | **Account#** **Phone** (954) 225-2841 |
| **TPB** ZUMBA FITNESS **Contact** ZUMBA FITNESS | **Account#** 681357 **Phone** (954) 925-3755 |

## Shipment Specifics

Commodity: FITNESS DVDS AND SUPPLIES
Shipper, Load, and Count: **YES**
Weight: 40,000 lbs
Consignee Unload: **YES**
Dimensions: 53 x 8 x 8
Loads under this Quotation: 1

Payment Terms: Prepaid / TPB | HHG Miles: 1 | Cubic Feet: 3392

## FreightValue Contact

**Name** Scott Sharpe   **Phone** 1-877-279-8090

| Pricing Specifics | Equipment Type | U.S. Dollars |
|---|---|---|
| No additional fuel surcharge will apply | VAN | $1.00 |

## Rules and Liability

Any expense to carrier for loading (including any necessary blocking and bracing) or unloading service will be assessed against the payor of the freight charges, in addition to all other charges, when the quoted price is subject to A) shipper load and count and the carrier incurs loading expense and/or B) consignee unload and the carrier incurs unloading expense. The tariff rate(s) herein will take precedence over any otherwise applicable rate, charge, or quotation, whether in a tariff or contract. This shipment(s) will not be eligible for any other form of rate reduction, including discounts, allowances, and incentive programs.

Liability: Carrier's cargo liability is limited to $ 5.00 per pound per lost or damaged package for any item that is new and $0.10 per pound per lost or damaged package for any item that is not new, subject to a maximum liability of $100,000 per shipment and shall apply to all FreightValue Price Quote requests including future FreightValue shipments. See Item 780-1 section 8 of ABF 111 rules for further limitations. Optional Excess Liability is available at an additional expense when requested, documented and approved at the time of the quote.

AT FREIGHTVALUE'S SOLE OPTION, IT MAY REFUSE TO APPLY THIS SCHEDULE TO SHIPMENTS WHICH DO NOT MATCH THE EXACT PRICING SCHEDULE SPECIFICS SHOWN ABOVE OR WHICH DO NOT REFERENCE THE SCHEDULE NUMBER ON THE ORIGINAL BILL OF LADING.

The terms and conditions specified in the uniform straight bill of lading in the National Motor Freight Classification in effect on the date of pickup are hereby incorporated into this agreement and made a part hereof by reference. Terms and conditions of the referenced bill of lading will not apply to the extent inconsistent with the specific terms and conditions herein. This Schedule is subject to, and governed by, FRVA 680, FreightValue Services, and ABF 111 Series Rules and Special Service Options. Unless otherwise noted, the rate herein does not include applicable charges for Special Services performed.

Governing Law - Shipments hereunder will be governed by United States federal laws and regulations. State law application will be limited to interpretation of the contractual provisions contained herein.