

# ABF Freight System, Inc.
## Standard Form For Presentation of Loss and Damage

| | |
|---|---|
| **Claim Date:** | 10/17/2014 |
| **ABF ProNumber:** | 426306509 |
| **Claimant File Ref:** | CONVENTION 2014 |

## Claimant Information

| | |
|---|---|
| Account Number: | 681357   (Customer Supplied) |
| Claimant Name: | JASON DOOLEY |
| Company Name: | ZUMBA FITNESS, LLC. |
| Address: | 800 SILKS RUN |
| Address2: | SUITE 2310 |
| City: | HALLANDALE |
| State: | FL |
| Zip: | 33009 |
| Country: | US |
| Phone: | (954) 925-3755 |
| Fax: | |
| E-Mail Address: | JASON.DOOLEY@ZUMBA.COM |

## Shipment Information

| | |
|---|---|
| Shippers Name: | OHL |
| Shipping Point: | MIAMI, FL |
| Consignee Name: | ORLANDO CONVENTION CENTER |
| Final Destination: | ORLANDO, FL |
| Freight Type: | Textile/Textile Equipment |
| Freight Condition: | New |
| Claim Is For: | Loss |
| BOL Date: | 08/11/2014 |

## Claim Information

| Description: | Class: | Qty: | Cost: |
|---|---|---|---|
| Apparel | | 756 | $ 464874.94 |

Total Amount Claimed:                                                        $ 464874.94



Exhibit "1"

## Additional Claimant Comments

Please note that Zumba Fitness, LLC contests any assertion by ABF that it voluntarily and affirmatively limited its right to the full recovery of its loss damages. Zumba Fitness, LLC expects full and timely payment of the full compensation due in the amount of $464,874.94

## Uploaded Files

**Claimant has submitted the following digital documentation with their claim:**
Upload File 1:                    Included
Upload File 2:
Upload File 3:
Upload File 4:
Upload File 5:
Upload File 6:

10/16/2014                               Loss & Damage Claims - Filing | abf.com

**ABF.COM**

| User Id | | Password | | Sign In | Need to register? Forgot password? |

help   contacts   suggestions   print   email   save   careers         Search          [Search]

Tool Kit ▼      Services ▼      Coverage      eCommerce      Resource Center      Our Companies ▼

**Quotation Options**
- LTL Freight
- TimeKeeper
- U-Pack by ABF Moving
- Multimodal
- Trade Show Shipping

Tracking & Email Notification

Bill of Lading Creation

Pickup Request

Routing Search

Transit Times Calculator

This claims filing application can be used to submit a loss and damage claim, along with supporting documentation, directly to ABF. The entry of the required fields (*) is all that is necessary to complete this form. At least one supporting document must be included to submit a claim. Additional information on filing a loss and damage claim with ABF is also available.

Filing a claim for a U-Pack shipment? Loss & Damage claim filing is now available on upack.com.

L&D Claims Information Guide

### Claim Information

| Claimant Ref Num*: | Convention 20 | Claim Date: | 10/16/2014 |
| ABF Pro Number*: | 426306509 | Claim Type*: | Loss |
| Freight Type*: | Textile/Textile Equipment | Condition: | New |
| Bill of Lading Date: | 08/11/2014 (mm/dd/yyyy) | | |
| ABF Account Number: | 681357 | | |

### Claimant Information

| Company*: | Zumba Fitness, LLC. | Your Name*: | Jason Dooley |
| Mailing Address*: | 800 Silks Run | Address2: | Suite 2310 |
| City*: | Hallandale | State*: | FL |
| Zip*: | 33009 | Country*: | US |
| Phone*: | 954-925-3755 | Fax: | |
| E-mail*: | jason.dooley@zumba.com | | |

### Shipment Information

| Shipper: | OHL | Consignee: | Orlando Convention Center |
| Origin: | Miami, FL | Destination: | Orlando, FL |
| | (i.e. city, state ex. Chicago, IL) | | (i.e. city, state ex. Chicago, IL) |

### Freight Information

Describe how the claimed amount is determined. In the boxes below provide a specific description of the type of freight and its damage, the quantity of damaged items, and the total cost of the damages.

| Description*: | Wearing apparel | Class: | | Qty*: | 756 | Total Cost*: | 464874.94 |
| Description: | | Class: | | Qty: | | Total Cost: | |
| Description: | | Class: | | Qty: | | Total Cost: | |
| Description: | | Class: | | Qty: | | Total Cost: | |
| Description: | | Class: | | Qty: | | Total Cost: | |

[Add more items]                                          Total Amount Claimed: $  464874.94

### Additional Comments

Please note that Zumba Fitness, LLC contests any assertion by ABF that it voluntarily and affirmatively limited its right to the full recovery of its loss damages. Zumba Fitness, LLC expects full and timely payment of the full compensation due in the amount of $464,874.94

### Supporting Documents

The Following Documents Are Being Submitted In Support Of This Claim:
* (A minimum of one document must be included.)

Upload File 1:*   [Choose File] Stolen_truck.pdf
Upload File 2:   [Choose File] No file chosen
Upload File 3:   [Choose File] No file chosen
Upload File 4:   [Choose File] No file chosen
Upload File 5:   [Choose File] No file chosen
Upload File 6:   [Choose File] No file chosen

[Submit]

---

**Tool Kit**  
Quote  
Track  
Transit Times  
Schedule Shipment  
Bill of Lading  

**Resources**  
ABF Mobile  
Coverage  
Service Centers  
eCommerce  
Rules & Services  

**Our Companies**  
News & Press  
Used Equipment  
Company Store  
Contact Us  
Careers  

**CONNECT WITH US**



© 2014 - All rights reserved
Terms and Conditions | Privacy Policy