IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

Zumba Fitness, LLC's                                                                        PLAINTIFF(S)

           v.                    CIVIL NO.:  2:15-cv-02151

Quick Cool Transport, LLC                                                                   DEFENDANT(S)

## DEFAULT JUDGMENT BY THE CLERK

    Pursuant to Rule 55(b)(1), FRCP, it appears that judgment by default should be entered against defendant(s):

    Quick Cool Transport, LLC

1. Plaintiff(s) certified to personal jurisdiction and service of process that the defendant(s) is not an infant, incompetent person(s), in active military service of the United States or its officers or agents.

2. Defendant(s) have not appeared in this action.

3. The default of defendant(s) was entered on   2/13/2017

4. The amount claimed is a sum certain in the amount of   $364,874.94

    Accordingly, judgment is hereby entered in favor of plaintiff(s) in the amount of   $364,874.94.

plus costs and postjudgment interest at the rate of   1.02   % per annum.

    Dated:   3/15/2017

                                  AT THE DIRECTION OF THE COURT
                                  DOUGLAS F. YOUNG, CLERK

                                  By: /s/ Laura L. Wolfe
                                                      Deputy Clerk